No. 82–1386.  FIELDS v. SUMMIT ENGINEERING, 460 U. S. 1077;

No. 82–1500.  COLOKATHIS v. WENTWORTH-DOUGLASS HOSPITAL ET AL., 461 U. S. 915;

No. 82–1534.  NEUFELD v. BAMBROUGH ET AL., 461 U. S. 915;

No. 82–6141.  ADAMS v. OKLAHOMA, 461 U. S. 932;

No. 82–6262.  WALLACE v. ZANT, WARDEN, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER, 460 U. S. 1103;

No. 82–6423.  BOLANDER v. FLORIDA, 461 U. S. 939;

No. 82–6476.  PLYLER v. LEEKE, COMMISSIONER, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL., 461 U. S. 935; and

No. 82–6510.  SHAO FEN CHIN, INDIVIDUALLY, AND AS ADMINISTRATOR OF THE ESTATE OF KE-SIEN CHIN v. ST. LUKE'S HOSPITAL CENTER ET AL., 461 U. S. 959.  Petitions for rehearing denied.

No. 8, Orig.  ARIZONA v. CALIFORNIA ET AL., 460 U. S. 605.  Motion of the Quechan Indian Tribe for leave to file petition for rehearing denied.  JUSTICE MARSHALL took no part in the consideration or decision of this motion.

No. 82–978.  TONUBBEE v. LOUISIANA, 460 U. S. 1081. Motion of petitioner to proceed further herein *in forma pauperis* granted.  Petition for rehearing denied.